commits a clear error of judgment by arriving at a sentence that lies outside the limited range of choice dictated by the facts of the case.

*United States v. Haack,* 403 F.3d 997, 1004 (8th Cir.2005). We presume that a sentence within the properly calculated guidelines range is reasonable. *Rita v. United States,* 551 U.S. ——, 127 S.Ct. 2456, 2462, 168 L.Ed.2d 203 (2007).

■ On appeal, Peacock fails to identify any specific factors the district court should have but failed to consider or any improper or irrelevant factors the district court considered. At sentencing, the district court acknowledged that the guidelines were advisory and specifically noted that it had considered Peacock's history and characteristics, along with other 18 U.S.C. § 3553(a) factors. Therefore, we find that Peacock's 420–month sentence, a sentence within the advisory guidelines, is not unreasonable.

Accordingly, we affirm the conviction and sentence.

Before RILEY, BOWMAN, and SMITH, Circuit Judges.

PER CURIAM.

In light of this court's recent decision in *Simpson v. Norris,* 490 F.3d 1029, 1034–1036 (8th Cir.2007) (concluding the existence of an Arkansas statute that precluded the execution of the mentally retarded was irrelevant to whether the applicant had defaulted an *Atkins v. Virginia,* 536 U.S. 304, 321, 122 S.Ct. 2242, 153 L.Ed.2d 335 (2002), claim by failing to bring the claim under the statute), *reh'g en banc denied,* 499 F.3d 874 (8th Cir.2007), we reverse and vacate the judgment of the district court and remand this case to the district court for further proceedings. *See Simpson,* 490 F.3d at 1035–36.

**Alvin Bernal JACKSON, Appellant,**

v.

**Larry NORRIS, Director, Arkansas Department of Correction, Appellee.**

No. 07–1331.

United States Court of Appeals, Eighth Circuit.

Submitted: Nov. 14, 2007.

Filed: Nov. 20, 2007.

**UNITED STATES of America, Appellee,**

v.

**Antonio FABELA, Appellant.**

No. 07–1137.

United States Court of Appeals, Eighth Circuit.

Submitted: Nov. 12, 2007.

Filed: Nov. 27, 2007.